UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| PAUL D.T.M., | Civil No. 20-546 (JRT/ECW) |
| Petitioner, | |
| v. | ORDER |
| WILLIAM BARR, et al, | |
| Respondents. | |

Paul David-Terence Martin, address unknown, *pro se* petitioner.

David W Fuller, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondents William Barr, Chad Wolf, Michael Albence, Peter Berg.

David John Walker, **FREEBORN COUNTY ATTORNEY'S OFFICE,** Freeborn County Government Center, 411 South Broadway Avenue, Albert Lea, MN 56007, for respondent Kurt Freitag.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 2, 2020, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner Paul D.T.M.'s Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1) be **DENIED AS MOOT**.

2. This case be **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINLY.**

Dated: August 10, 2020
in Minneapolis, Minnesota at 10:30 AM

                                                      s/John R. Tunheim_____
                                                     JOHN R. TUNHEIM
                                                     Chief Judge
                                                     United States District Court

CASE 0:20-cv-00546-JRT-ECW   Document 17   Filed 08/11/20   Page 2 of 2

2